COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| OLD HAVANA INN, LLC AND HOTEL HAVANA, LLC, | § | No. 08-10-00191-CV |
| | § | |
| Appellants, | | Appeal from the |
| | § | |
| v. | | County Court at Law No. 10 |
| | § | |
| | | of Bexar County, Texas |
| KIAN MASHADI AND SHAHRAM YEKTARAD, INDIVIDUALLY AND D/B/A COOL CAFÉ, | § | (TC# 353779) |
| | § | |
| Appellees. | | |

**MEMORANDUM OPINION**

Pending before the Court is a joint motion to dismiss. The motion states that the parties have reached a settlement agreement, resolving all issues and claims between them. The parties request an order releasing a certificate of deposit that was made in lieu of a supersedeas bond. The motion is granted. *See* TEX.R.APP.P. 42.1(a)(2). All claims and counterclaims are dismissed with prejudice. In accordance with the parties' agreement, the Bexar County Clerk shall release the certificate of deposit in lieu of supersedeas bond as follows: $25,000 to the Rosenblatt Law Firm, P.C. and the remaining balance to Hotel Havana, L.L.C. Because the motion does not address costs on appeal, those costs are taxed against Appellants. *See* TEX.R.APP.P. 42.1(d).

January 5, 2011

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.